# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **OWEN HARTY Individually,** | : |
| | : **Case No.** |
| Plaintiffs, | : **8:09-cv-01812-EAK-TBM** |
| v. | : |
| | : |
| **BRANDON SHOPPING CENTER PARTNERS,** | : |
| **LTD., Florida Limited Partnership,** | : |
| | : |
| Defendant. | : |
| _____ | : |
| | : |
| | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, hereby dismisses the instant action without prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this September 7, 2009.

1

Respectfully submitted,

Attorney for Plaintiff:

 /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com